THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS CASCADDAN,

                Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

                Defendant.

Case No. 3:17-cv-05402-RBL

**JOINT STIPULATION FOR DE NOVO STANDARD OF REVIEW**

Plaintiff Thomas Cascaddan ("Cascaddan") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate that for purposes of this case only, this Court shall apply a *de novo* standard of review to Prudential's decision denying Cascaddan's claim for long-term disability benefits at issue in this case, including without limit at trial, on summary judgment and in all other proceedings and hearings. The parties further stipulate that this matter will be heard on FRCP 52 motions for trial on the administrative record. *Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999).

Prudential's agreement that its decision shall be reviewed *de novo* is in recognition of the Ninth Circuit Court of Appeals' decision in *Orzechowski v. Boeing Co. Non-Union Long-Term Disability Plan*, No. 14-55919, 2017 WL 1947883, __ F.3d __ (9th Cir. May 11, 2017), and applies only to the Court's review in this particular case.

JOINT STIPULATION FOR DE NOVO STANDARD OF REVIEW
(No.: 3:17-cv-05402-RBL) - 1

119219.0023/7064235.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Notwithstanding anything in this Stipulation, the Parties agree that Prudential reserves its right to assert that the abuse of discretion standard applies to its denial decision if, while this case is still pending in this Court, (1) the Ninth Circuit grants a rehearing or a rehearing *en banc* in *Orzechowski*; or (2) the United States Supreme Court grants *certiorari* in: (a) *Orzechowski*, or (b) another case raising the same issue. The Parties further agree that, in the event that Prudential elects to assert that the abuse of discretion standard applies, Prudential will promptly notify Cascaddan of its intent and, moreover, Cascaddan will then have the right to file a motion to determine the proper standard of review in this case even if the dispositive motion deadline has passed.

The Parties jointly request their stipulation to be entered as an order of this Court governing further proceedings in this action.

DATED: September 6, 2017.

| ROY LAW | LANE POWELL PC |
|---|---|
| By *s/ Chris Roy* (per e-mail authorization)<br>Chris Roy, WSBA No. 29070<br>chris@roylawpdx.com<br><br>Attorneys for Plaintiff<br>Thomas Cascaddan | By *s/ David W. Howenstine*<br>D. Michael Reilly, WSBA No. 14674<br>reillym@lanepowell.com<br>David W. Howenstine, WSBA No. 41216<br>howenstined@lanepowell.com<br><br>SEYFARTH SHAW LLP<br><br>By *s/ Tara Ellis*<br>Ian H. Morrison, *Pro Hac Vice*<br>imorrison@seyfarth.com<br>Tara Ellis, *Pro Hac Vice*<br>tellis@seyfarth.com<br><br>Attorneys for Defendant The<br>Prudential Insurance Company of America |

JOINT STIPULATION FOR DE NOVO STANDARD OF REVIEW
(No.: 3:17-cv-05402-RBL) - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0023/7064235.1

# **ORDER**

IT IS SO ORDERED. The Parties' joint stipulation for de novo standard of review is hereby APPROVED.

DATED this 13th day of September, 2017.

_____

Ronald B. Leighton
United States District Judge

JOINT STIPULATION FOR DE NOVO STANDARD OF REVIEW
(No.: 3:17-cv-05402-RBL) - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

119219.0023/7064235.1